UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25962-KMM

ALBION BRAND FOUNDRY LTD,

      Plaintiff,

  v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, ALBION BRAND FOUNDRY LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 19, 2025.    Respectfully submitted,

    /s/ Andrew Palmer
    Andrew J. Palmer
    Palmer Law Group, P.A.
    401 E Las Olas Blvd, Suite 1400
    Fort Lauderdale, FL 33301
    Phone: 954-771-7050
    ajpalmer@palmerlawgroup.com
    ***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | QIAO RUO | https://www.walmart.com/global/seller/102869674 |
| 2 | yunaishangmao | https://www.walmart.com/global/seller/102919538 |
| 3 | BING MU | https://www.walmart.com/global/seller/102754361 |
| 4 | YOU SHI YE FAN | https://www.walmart.com/global/seller/102766803 |
| 5 | Fncw | https://www.walmart.com/global/seller/102816639 |
| 6 | tangLYIIN | https://www.walmart.com/global/seller/102869776 |